# United States Court of Appeals
## District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** _____

_____ v.   **Case No:** _____

_____

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ○ Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

_____                    _____

_____                    _____

_____                    _____

Names of Parties                                Names of Parties

### Counsel Information

Lead Counsel: _____

Direct Phone: (___) _____  Fax: (___) _____   Email: _____

2nd Counsel: _____

Direct Phone: (___) _____  Fax: (___) _____   Email: _____

3rd Counsel: _____

Direct Phone: (___) _____  Fax: (___) _____   Email: _____

Firm Name: _____

Firm Address: _____

Firm Phone: (___) _____  Fax: (___) _____   Email: _____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)