# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 10-5021　　　　　　　　　　　　　　　　September Term, 2014

1:13-cv-00908-RJL
1:05-cv-02427-RJL

Filed On: January 7, 2015 [1530741]

Mohammad Rimi, Detainee and Omar Deghayes, As the next friend of Mohammad Rimi,

　　　　Appellants

　v.

Barack Obama, et al.,

　　　　Appellees

-----------------------------

Consolidated with 14-5231

## O R D E R

　　Upon consideration of appellants' emergency consent motion for extension of time to file its brief, it is

　　**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appendix | January 7, 2015 (unchanged) |
| Appellants' Brief | January 16, 2015 |
| Appellees' Brief | February 17, 2015 |
| Appellants' Reply Brief | March 2, 2015 |
| Public Version of Appellants' Brief | February 17, 2015 |
| Public Version of Appellees' Brief | March 19, 2015 |
| Public Version of Appellants' Reply Brief | April 1, 2015 |
| Public Version of Appendix | April 1, 2015 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　　Michael C. McGrail
　　　Deputy Clerk