# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 10-5021 | September Term, 2014 |
| | 1:13-cv-00908-RJL |
| | 1:05-cv-02427-RJL |
| | Filed On: January 28, 2015 [1534612] |

Mohammad Rimi, Detainee and Omar Deghayes, As the next friend of Mohammad Rimi,

        Appellants

    v.

Barack Obama, et al.,

        Appellees

------------------------------

Consolidated with 14-5231

## O R D E R

    Upon consideration of appellees' consent motion for extension of time to file its brief, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---:|
| Appellees' Brief | March 19, 2015 |
| Appellants' Reply Brief | April 1, 2015 |
| Public Version of Appellants' Brief | March 19, 2015 |
| Public Version of Appellees' Brief | April 20, 2015 |
| Public Version of Appellants' Reply Brief | May 1, 2015 |
| Public Version of Appendix | May 1, 2015 |

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                BY:    /s/
                        Michael C. McGrail
                        Deputy Clerk